```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2019
```

**Law Office of**
**GUY OKSENHENDLER**
194 Burns Street, Suite 1
Forest Hills, New York 11375
(917) 804-8869
goksenhendleresq@aol.com

November 26, 2019



VIA ECF

Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

> Application GRANTED.
>
> SO ORDERED.      Date: 11/26/2019
>
> */s/ Valerie Caproni*
>
> HON. VALERIE CAPRONI
> UNITED STATES DISTRICT JUDGE

Re: *United States v Robert Cherry*
19 Cr 212 (VEC)
Request to Submit Interim CJA Voucher

Dear Judge Caproni :

As counsel appointed pursuant to the CJA of the United States District Court for the Southern District of New York, it is respectfully requested that counsel be permitted to submit interim CJA vouchers in this case.

Your consideration of this request is greatly appreciated.

Respectfully submitted,

/s/ *Guy Oksenhendler*

Guy Oksenhendler